☐ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**CASEITA JENKINS**

Crim. No.    7:16-CR-00007-001 (HL)

Caseita Jenkins has complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended the person under supervision be discharged from supervision.

Respectfully submitted,

*Amanda G Reed*

Amanda G. Reed
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____25th_____ day of _____March_____, 2022.

s/Hugh Lawson

HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE